PRIVATE PROCESS     Case Number: 2015-CI-17357

**RODERICK STEVENS**
VS.
**CHANCE G ANDREPONT ET AL**
(Note:Attached Document May Contain Additional Litigants.)

2015CI17357 S00003

IN THE DISTRICT COURT
285th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: TIMCO SERVICES INC

Served: 10/20/15
By: Vivian Alvarado
SCH1980

BY SERVING ITS REGISTERED AGENT, CAPITOL CORPORATE SERVICES INC

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 13th day of October, 2015.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 19TH DAY OF OCTOBER A.D., 2015.

PETITION

JAMES H SHAFFER
ATTORNEY FOR PLAINTIFF
5822 WEST IH 10
SAN ANTONIO, TX 78201



**Donna Kay McKinney**
**Bexar County District Clerk**
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Victoria R Angeles*, Deputy

---

**OFFICER'S RETURN**

I received this citation on 10/20/15 at 3:00 o'clock P.M. and:( ) executed it by delivering a copy of the citation with the date of delivery endorsed on it to the defendant,_____ in person on the _____ at _____o'clock ___M. at:_____ or ( ) not executed because _____ Fees:_____ Badge/PPS #:_____
Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO this _____.

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is_____, my date of birth is_____, and my address is _____, _____(County).
I declare under penalty of perjury that the foregoing is true and correct. Executed in _____County, State of Texas, on the _____ day of_____, 20____.

_____
Declarant

**"Exhibit A"**

ORIGINAL (DK002)

FILED
10/13/2015 4:32:00 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Lisa Morales

CAUSE NO. **2015CI17357**

| | | |
|---|---|---|
| RODERICK STEVENS | § | IN THE DISTRICT COURT |
| *Plaintiff* | | |
| VS. | § | **285TH** TH JUDICIAL DISTRICT |
| CHANCE G. ANDREPONT A/K/A CHANCE ANDREPOINT; TIMCO SERVICES, LLC; TIMCO SERVICES, INC., AND TIMCO SERVICES, AN ASSUMED OR COMMON NAME | | |
| *Defendants* | § | BEXAR COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff, RODERICK STEVENS, complaining of the following defendants: Chance G. Andrepont also known as Chance Andrepoint; Timco Services, LLC; TIMCO SERVICES, INC.; and Timco Services, an assumed or common name, and for cause of action would respectfully show the Court as follows:

### LEVEL 3

1. Pursuant to Rule 190 and it's subparts of the Texas Rules of Civil Procedure, discovery is intended to be conducted under Level 3 of said Rule.

### PARTIES

2. **Plaintiff:** Plaintiff, Roderick Stevens, is an individual residing in Texas.

3. **Defendants:** The Defendants are identified as follows, to wit:

Page 1 of 9

**"Exhibit A"**

(1)     Defendant, Chance G. Andrepont also known as Chance Andrepoint (hereafter referred to as "Defendant ANDREPONT"), is an individual residing in Acadia Parish, Louisiana. Defendant may be served with process at 609 E. Jeanette, Crowley, Louisiana 70526.

Alternatively, by virtue of the operation of a motor vehicle on the public roads of Texas, as more particularly described herein below, Defendant Chance G. Andrepont also known as Chance Andrepoint, a **nonresident** and **an agent of a nonresident (defendants 2-3 below)** has appointed **Tryon D. Lewis,** Chairman of the Texas Transportation Commission, as his agent upon whom citation may be served at 125 E. 11th Street, Austin, Texas, 78701-2483 or any other location where Chairman of the Texas Transportation Commission may be found, in accordance with Section 17.062(a) of the TEXAS CIVIL PRACTICE & REMEDIES CODE.

(2)     Defendant, Timco Services, LLC, is a Foreign Limited Liability Company (LLC) doing business in the State of Texas. It is successor by merger to TIMCO SERVICES, INC., and may be served with process through its registered agent, Capitol Corporate Services, Inc., at 800 Brazos, Suite 400, Austin, Texas 78701.

(3)     Defendant, TIMCO SERVICES, INC., is a Foreign Limited Liability Company (LLC) doing business in the State of Texas. Defendant TIMCO SERVICES, INC. may be served with process through its registered agent, Capitol Corporate Services, Inc., 800 Brazos, Suite 400, Austin, Texas 78701.

(4)     Defendant, Timco Services, an assumed or common name, is a business entity doing business in Texas. Defendant Timco Services, an assumed or common name, may be served with process by serving is vice president, Hector Plata, or any other duly authorized

**"Exhibit A"**

representative or agent at 511 Corgey Road, Pleasanton, Atascosa County, Texas 78064.

(5)   Defendants (2)-(4) above are hereafter collectively referred to as "Defendant TIMCO SERVICES".

## VENUE

4.   Venue is proper in Bexar County, Texas pursuant to V.T.C.A., Civil Practice and Remedies Code, §15.001, et seq in that the cause of action accrued and occurred in Bexar County, Texas.

## FACTS

5.   On or about **October 18, 2013**, Plaintiff was traveling in a motor vehicle in Bexar County, Texas. On that date Defendant ANDREPONT was operating Defendant TIMCO SERVICES' motor vehicle on the same roadway in Bexar County, Texas. The motor vehicle driven by Defendant ANDREPONT collided with the motor vehicle occupied by Plaintiff. More specifically, but not by way of limitation, and to comply with **Texas CPRC 17.062**, the motor vehicle collision occurred at the following address, to wit:

> Interstate Highway 35 North (IH 35N), Roadway Part 1, 4800 block, 400 feet North of the Loop 410 Southbound Exit, as more further described in **Exhibit 1**, a true and correct copy of the Texas Peace Officer's Crash Report, attached hereto and incorporated herein as though fully set forth verbatim.

As a result of the collision described above, Plaintiff suffered and sustained severe bodily injuries and damages to his person and body generally, and for which sums Plaintiff now sues. Plaintiff would further show that at the times and places in question, Defendant ANDREPONT was guilty of acts of omission and commission which constituted negligence and negligence per se, and such acts and omissions, singularly or in combination with others, were a proximate cause or causes of the collision in question and of the serious bodily injuries and damages to the Plaintiff and for such sums Plaintiff herein now sues and for such sums said Defendants are liable, jointly and severally.

**"Exhibit A"**

## NEGLIGENCE OF DEFENDANT ANDREPOINT

6. Pleading further, but not by way of limitation, and adopting **paragraphs 1-5** above as though fully set forth verbatim, Defendant ANDREPONT was negligent in that he violated the duty which he owed Plaintiff to exercise ordinary care in the operation of a motor vehicle in one or more of the following particulars:

- (1) In failing to yield the right of way to Plaintiff and colliding the vehicle he was operating into the vehicle Plaintiff was operating;

- (2) In being inattentive and colliding the vehicle he was operating into the vehicle Plaintiff was operating;

- (3) In failing to keep such lookout that a person of ordinary prudence would have kept under the same or similar circumstances and colliding the vehicle he was operating into the vehicle Plaintiff was operating;

- (4) In failing to apply or timely apply the brakes to the vehicle he was operating and colliding into the vehicle Plaintiff was operating;

- (5) In driving at an excessive or unreasonable rate of speed such that he was unable to stop or prevent the vehicle he was operating from colliding into the vehicle Plaintiff was operating;

- (6) In failing to drive safely by colliding the vehicle he was operating into the vehicle Plaintiff was operating;

- (7) While following behind Plaintiff, Defendant ANDREPONT failed to maintain an assured clear distance between the vehicle he was operating and the vehicle Plaintiff was operating, so that he could safely stop his vehicle without colliding into Plaintiff;

- (8) In failing to stop at the proper place.

Each of such acts and omissions, singularly or in combination with others, constitute negligence which proximately caused the collision and the injuries and damages which Plaintiff suffered, and for such injuries and damages Plaintiff herein now sues and for such sums Defendants are liable, jointly and severally.

## NEGLIGENCE PER SE OF DEFENDANT ANDREPOINT

**"Exhibit A"**

7. Pleading further, but not by way of limitation, and adopting paragraphs 1-6 above as though fully set forth verbatim, Defendant ANDREPONT was negligent per se on the date in question by engaging in conduct in violation of the following statutes, to wit: :

   (1) Texas Transportation Code § 545.062, by failing to maintain an assured clear distance between his vehicle and Plaintiff's vehicle while following behind Plaintiff's vehicle such that defendant was unable to safely stop without colliding with Plaintiff's vehicle;

   (2) Texas Transportation Code § 545.351, by failing to control the speed of a vehicle as necessary to avoid colliding with another person or vehicle that is on or entering the highway in compliance with law and by breaching the duty of each person to use due care;

Each of such acts and omissions, singularly or in combination with others, constitute negligence per se which proximately caused the collision and the injuries and damages which Plaintiff suffered, and for such injuries and damages Plaintiff herein now sues and for such sums Defendants are liable, jointly and severally. Those statutory violations identified above constitute negligence per se. The statutes cited above are intended to protect a class of persons of which Plaintiff is a member.

## VICARIOUS LIABILITY OF DEFENDANT TIMCO SERVICES

8. Pleading further, but not by way of limitation, and adopting paragraph 1-7 above as though fully set forth verbatim, Plaintiff would further show that at the times and places in question, Defendant ANDREPONT was guilty of acts of omission and commission which constituted negligence and negligence per se in the following respects:

   (1) while acting as a person in the service of another (Defendant TIMCO SERVICES) with the understanding, express or implied, that such other person/entity has the right to direct the details of the work and not merely the result to be accomplished, and while acting in the course and scope of his employment and in the furtherance of the business of Defendant

**"Exhibit A"**

TIMCO SERVICES, and was a proximate cause or causes of the incident in question and of the property damages and serious bodily injuries and damages to the Plaintiff for which sums Plaintiff herein now sues and for which sums Defendant TIMCO SERVICES, is liable. Defendant TIMCO SERVICES, is liable to Plaintiff under the principle of respondeat superior; and/or

(2) while acting as a borrowed employee of Defendant TIMCO SERVICES, and while acting in the course and scope of his employment and in the furtherance of the business of Defendant TIMCO SERVICES, and was a proximate cause or causes of the incident in question and of the property damages and serious bodily injuries and damages to the Plaintiff for which sums Plaintiff herein now sues and for which sums Defendant TIMCO SERVICES is liable. Defendant TIMCO SERVICES is liable to Plaintiff under the principle of respondeat superior; and/or

(3) while operating a vehicle in the furtherance of a mission for the benefit of Defendant TIMCO SERVICES and subject to control by Defendant TIMCO SERVICES as to the details of the mission, and was a proximate cause or causes of the incident in question and of the property damages and serious bodily injuries and damages to the Plaintiff for which sums Plaintiff herein now sues and for which sums Defendant TIMCO SERVICES is liable. Defendant TIMCO SERVICES is liable to Plaintiff under the principle of respondeat superior; and/or

(4) while operating a vehicle he was engaged in a joint enterprise with Defendant TIMCO SERVICES and was a proximate cause or causes of the incident in question and of the property damages and serious bodily injuries and damages to the Plaintiff for which sums Plaintiff herein now sues and for which sums said Defendant TIMCO SERVICES is liable.

**"Exhibit A"**

Defendant TIMCO SERVICES is liable to Plaintiff under the principle of respondeat superior.

## DAMAGES

9. Pleading further, but not by way of limitation, and adopting **paragraph 1-8** above as though fully set forth verbatim, Plaintiff would further show that all damages are within the jurisdictional limits of the court. At this time, Plaintiff "seeks monetary relief over $200,000.00 but not more than $1,000,000.00" as further described in **paragraph 11** below, excluding costs, prejudgment interest and attorneys' fees.

10. Plaintiff would further show the amount of damages in this case is best left to the discretion of the jury after all of the evidence is presented at trial. Such damages include, but are not limited to, past and future physical pain and mental anguish, past and future loss of earning capacity and lost wages, past and future disfigurement, past and future physical impairment, past and future medical care expenses. All of said damages are a direct and proximate result of Defendant ANDREPONT's negligence and negligence per se.

11. **TRCP Rule 47:** Rule 47 of the Texas Rules of Civil Procedure now requires an injured party to bracket his harms and losses caused by the negligence of the Defendants by pleading an arbitrary minimum and maximum dollar amount that he is seeking in damages. If Plaintiff believes his harms and losses caused by the defendant's negligence exceed $200,000.00 but are less than $1,000,000.00, Rule 47(c)(4) requires Plaintiff make a statement in the lawsuit that he "seeks monetary relief over $200,000.00 but not more than $1,000,000.00". Therefore, to comply with Rule 47 of the Texas Rules of Civil Procedure, Plaintiff pled in **paragraph 9** above the following statement **"Plaintiff seeks monetary relief over $200,000.00 but not more than $1,000,000.00"** for his harms and losses caused by the negligence of Defendant ANDREPONT. However, Plaintiff pled this dollar

**"Exhibit A"**

range because he had no legal choice, and he would like the jury to understand that Plaintiff believes that the amount of his harms and losses caused by the Defendant ANDREPONT's unnecessarily dangerous conduct should be strictly determined by the ladies and gentlemen of the jury without being improperly prejudiced by this arbitrary dollar bracket.

### NOTICE OF INTENTION TO USE DOCUMENTS AND TANGIBLE ITEMS

12.     Plaintiff is providing this Notice pursuant to Texas Rule of Civil Procedure 193.7 that he intends to use and utilize the documents and tangible items produced by Defendants in Defendants' deposition(s) and Defendants' answers and responses to Interrogatories, Request for Production and Request for Disclosure against Defendants at trial, including but not limited to the medical records, medical bills, expert witness reports, expert witness correspondence, employment records, the Texas Peace Officer's Crash Report, and recorded statements, if any, photographs and cellular phone records. The authenticity of such items is self-proven per the Texas Rules of Civil Procedure, 193.7.

### PRAYER

13.     Plaintiff demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Defendants be cited to appear and answer, and that on final trial, Plaintiff recover against Defendants, jointly and severally, his:

   a.    actual damages in a sum in excess of the minimum jurisdictional limits of the Court;

   b.    interest before and after judgment at the legal rate;

   c.    cost of suit; and

   d.    such other and further relief to which Plaintiff may be justly entitled.

**"Exhibit A"**

Respectfully submitted,

TYLER & PEERY
5822 West IH 10
San Antonio, Texas 78201
(210) 340-0900 PHONE
(210) 736-9197 FACSIMILE

BY: _____
JAMES H. SHAFFER
State Bar #18084500

ATTORNEYS FOR PLAINTIFF

**"Exhibit A"**

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2010)

Law Enforcement and TxDOT Use ONLY: ☐ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 3
Total Num. Prsns: 4
TxDOT 13500104.1
Crash ID /2013391074

Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call (512) 486-5780
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 1 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 10/18/2013
- *Crash Time (24HRMM): 1740
- Case ID: SAPD13229648
- Local Use: 3340
- *County Name: BEXAR
- *City Name: SAN ANTONIO
- ☐ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
- Latitude (decimal degrees): 
- Longitude (decimal degrees): 

### ROAD ON WHICH CRASH OCCURRED

- *1 Rdwy. Sys.: IH
- *Hwy. Num.: 35
- 2 Rdwy. Part: 1
- Block Num.: 4800
- 3 Street Prefix: 
- *Street Name: IH35 N
- 4 Street Suffix: 
- Crash Occurred on a Private Drive or Road/Private Property/Parking Lot: ☐
- Toll Road/Toll Lane: ☐
- Speed Limit: 60
- Const. Zone: ☐ Yes ☒ No
- Workers Present: ☐ Yes ☒ No
- Street Desc.: IH35 N SB mainlanes

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

- At Int.: ☐ Yes ☒ No
- 1 Rdwy. Sys.: IH
- Hwy. Num.: 410
- 2 Rdwy. Part: 
- Block Num.: 4300
- 3 Street Prefix: NE
- Street Name: Loop 410
- 4 Street Suffix: 
- Distance from Int. or Ref. Marker: 400 ☒ FT ☐ MI
- 3 Dir. from Int. or Ref. Marker: N
- Reference Marker: 
- Street Desc.: 410 SB Exit
- RRX Num.: 

## VEHICLE, DRIVER, & PERSONS

- Unit Num.: 1
- 5 Unit Desc.: 1
- ☐ Parked Vehicle  ☐ Hit and Run
- LP State: TX
- LP Num.: BW74845
- VIN: 1FT7W2BT2CEB09387
- Veh. Year: 2012
- 6 Veh. Color: WHI
- Veh. Make: FORD
- Veh. Model: F250
- 7 Body Style: PK
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: LA
- DL/ID Num.: 007016781
- 9 DL Class: 98
- 10 CDL End.: 96
- 11 DL Rest.: 98
- DOB (MM/DD/YYYY): 09/16/1980
- Address (Street, City, State, ZIP): 609 E Jeanette Crowley, LA 70526

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Andrepoint, Chance | N | 33 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- ☒ Owner ☐ Lessee  Owner/Lessee Name & Address: Timco Services, 1724 E Milton RD LaFayette, LA 70505
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: Timco Services
- Fin. Resp. Num.: 13S38098
- Fin. Resp. Phone Num.: 800-238-6225
- 27 Vehicle Damage Rating 1: 1 2 " F D " 1
- 27 Vehicle Damage Rating 2: 
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: 
- Towed To: 

---

- Unit Num.: 2
- 5 Unit Desc.: 1
- ☐ Parked Vehicle  ☐ Hit and Run
- LP State: TX
- LP Num.: DN6J28
- VIN: 1G1ND52F55M247676
- Veh. Year: 2005
- 6 Veh. Color: WHI
- Veh. Make: CHEVROLET
- Veh. Model: CLASSIC
- 7 Body Style: P4
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 10608080
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: 96
- DOB (MM/DD/YYYY): 07/27/1957
- Address (Street, City, State, ZIP): 3622 Du Barry DR San Antonio, TX 78219

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Stevens, Roderick | C | 56 | B | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable -- Alcohol and

**EXHIBIT 1**

- ☒ Owner ☐ Lessee  Owner/Lessee Name & Address: Stevens, Roderick, 3622 Du Barry DR San Antonio, TX 78219
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: ACCC Insurance
- Fin. Resp. Num.: TXE5414401-9
- Fin. Resp. Phone Num.: (866) 879-0363
- 27 Vehicle Damage Rating 1: 6 " B D " 5
- 27 Vehicle Damage Rating 2: 1 2 " F D " 3
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: Texas Towing
- Towed To: Procare @ 6430 Fairdale

**"Exhibit A"**

Law Enforcement and TxDOT Use ONLY.
Form CR-3 1/1/2010

Case ID: SAPD13229648
TxDOT Crash ID: 13500104.1/2013391074
Page: 2 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 2 | 1 | NE Baptist | EMS | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

## CMV

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|

Carrier's Corp. Name:  
Carrier's Primary Addr.:

| 30 Rdwy. Access | 31 Veh. Type | RGVW / GVWR | HazMat Released Yes/No | 32 HazMat Class Num | HazMat ID Num | 32 HazMat Class Num | HazMat ID Num |
|---|---|---|---|---|---|---|---|

| 33 Cargo Body Style | Trailer 1 | Unit Num. | RGVW / GVWR | 34 Trlr. Type | Trailer 2 | Unit Num. | RGVW / GVWR | 34 Trlr. Type |
|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Total Num. Axles | Total Num. Tires |
|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit Num. | 36 Contributing (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 44 | | | | 3 | 1 | 97 | 3 | 1 | 2 | 17 |

### Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets If Necessary)

Unit 1, 2, and 3 were all traveling SB on IH35 in the far left lane which exits to Loop 410SB. Traffic slowed and Unit 2 and Unit 3 both stopped. The driver of Unit 1 did not have time to stop and struck Unit 2 pushing Unit 2 into Unit 3. The driver of Unit 1 said that Unit 2 stopped suddenly. The driver of Unit 2 and the passenger of Unit 3 were both transported to the hospital with minor injuries.

Field Diagram -- Not to Scale

Not To Scale

## INVESTIGATOR

Time Notified (24HR:MM): 17:44  
How Notified: Dispatched  
Time Arrived (24HR:MM): 17:51  
Report Date (MM/DD/YYYY): 10/10/2013

Invest. Comp.: [X] Yes [ ] No  
Investigator Name (Printed): MARTIN, BRIANNE  
ID Num.: 0739

ORI Num.: TXSPD000000  
*Agency: SAN ANTONIO POLICE DEPARTMENT  
District/Area: H 3 0

**"Exhibit A"**

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2010)

**Law Enforcement and TxDOT Use ONLY:** [ ] FATAL  [ ] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 3  Total Num. Prsns.: 4  TxDOT 13500104.1  Crash ID /2013391074

Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call (512) 486-5780
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page: 3 of: 4

## Identification & Location

- *Crash Date (MM/DD/YYYY): 10/10/2013
- *Crash Time (24HR:MM): 17:40
- Case ID: SAPD13229648
- Local Use: 3340
- *County Name: BEXAR
- *City Name: SAN ANTONIO
- [ ] Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
- Latitude (decimal degrees): ____
- Longitude (decimal degrees): ____

### Road on Which Crash Occurred
- *1 Rdwy. Sys.: IH
- *Hwy. Num.: 35
- 2 Rdwy. Part: 1
- Block Num.: 4800
- 3 Street Prefix: —
- *Street Name: IH35 N
- 4 Street Suffix: —
- [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- [ ] Toll Road/Toll Lane
- Speed Limit: 60
- Const. Zone: [ ] Yes [X] No
- Workers Present: [ ] Yes [X] No
- Street Desc.: IH35 N SB mainlanes

### Intersecting Road, or If Crash Not at Intersection, Nearest Intersecting Road or Reference Marker
- At Int.: [ ] Yes [X] No
- 1 Rdwy. Sys.: IH
- Hwy. Num.: 410
- 2 Rdwy. Part: —
- Block Num.: 4300
- 3 Street Prefix: NE
- Street Name: Loop 410
- 4 Street Suffix: —
- Distance from Int. or Ref. Marker: 400  [X] FT  [ ] MI
- 3 Dir. from Int. or Ref. Marker: N
- Reference Marker: —
- Street Desc.: 410 SB Exit
- RRX Num.: —

## Vehicle, Driver & Persons (Unit 1)

- Unit Num.: 3
- 5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: TX
- LP Num.: BH23633
- VIN: 2GCEC19KXS1174317
- Veh. Year: 1995
- 6 Veh. Color: GRN
- Veh. Make: CHEVROLET
- Veh. Model: C1500
- 7 Body Style: PK
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 12671790
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: 96
- DOB (MM/DD/YYYY): 03/20/1968
- Address: 12301 Blanco RD San Antonio, TX 78216

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Smith, Daniel | N | 45 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | Smith, Timothy | C | 16 | W | 1 | 1 | 1 | 1 | 97 | N | Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

- [X] Owner [ ] Lessee Name & Address: Smith, Daniel, 12301 Blanco RD San Antonio, TX 78216
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: Home State
- Fin. Resp. Num.: 1242005212144
- Fin. Resp. Phone Num.: (254) 776-4521
- 27 Vehicle Damage Rating 1: 6 - BD - 2
- 27 Vehicle Damage Rating 2: —
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: —
- Towed To: —

## Vehicle, Driver & Persons (Unit 2 — blank)

- Unit Num.: —
- 5 Unit Desc.: —
- [ ] Parked Vehicle [ ] Hit and Run
- LP State: —  LP Num.: —  VIN: —
- Veh. Year: —  6 Veh. Color: —  Veh. Make: —  Veh. Model: —  7 Body Style: —
- [ ] Pol., Fire, EMS on Emergency
- 8 DL/ID Type: —  DL/ID State: —  DL/ID Num.: —  9 DL Class: —  10 CDL End.: —  11 DL Rest.: —  DOB: —
- Address: —

(table rows blank)

Not Applicable -- Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [ ] Owner [ ] Lessee Name & Address: —
- Proof of Fin. Resp.: [ ] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type: —  Fin. Resp. Name: —  Fin. Resp. Num.: —
- Fin. Resp. Phone Num.: —
- 27 Vehicle Damage Rating 1: —  27 Vehicle Damage Rating 2: —
- Vehicle Inventoried: [ ] Yes [ ] No
- Towed By: —  Towed To: —

"Exhibit A"

| Law Enforcement and TxDOT Use ONLY. Form CR-3 1/1/2010 | Case ID SAPD13229648 | | TxDOT Crash ID 13500104.1/2013391074 | | Page 4 of 4 |
|---|---|---|---|---|---|

### DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 3 | 2 | NE Baptist | EMS | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

### DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

### CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|
| | | | | | | |

Carrier's Corp. Name | | | Carrier's Primary Addr.

| 30 Rdwy. Access | 31 Veh. Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. |
|---|---|---|---|---|---|---|---|

| 33 Cargo Body Style | Trailer 1 | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | Trailer 2 | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type |
|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Total Num. Axles | Total Num. Tires |
|---|---|---|---|---|---|---|

### FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit Num. | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |

### NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets If Necessary)

Field Diagram -- Not to Scale

### INVESTIGATOR

| Time Notified (24HRMM) 1744 | How Notified Dispatched | Time Arrived (24HR:MM) 1751 | Report Date (MM/DD/YYYY) 10/18/2013 |
|---|---|---|---|

| Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) MARTIN, BRIANNE | | ID Num. 0739 |
|---|---|---|---|

| ORI Num. TXSPD000000 | *Agency SAN ANTONIO POLICE DEPARTMENT | District/Area N 30 |
|---|---|---|

**"Exhibit A"**