

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
655 East Cesar E. Chavez Blvd., Suite G-65
San Antonio, Texas 78206

**February 10, 2016**

JEANNETTE J. CLACK
CLERK OF COURT

PHILIP J. DEVLIN
CHIEF DEPUTY

Clerk
285th JUDICIAL DISTRIST COURT OF BEXAR
101 W. Nueva, Suite 217
San Antonio, TX 78205-3411

I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 285th Bexar County District Court pursuant to an Order entered remanding, by the Honorable Judge Robert L. Pitman.  Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-15-CV-1013 RP; **Roderick Stevens v. Chance G. Andrepont, a/k/a Chance Andrepont et al**.

IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 10th day of February, 2016.

JEANNETTE J. CLACK, CLERK

BY: *Sylvia Ann Fernandez*
Sylvia Ann Fernandez, Deputy Clerk
